United States Bankruptcy Court
Southern District of Mississippi

In re:                                                          Case No. 24-51081-KMS

Kimberly Shanie Shaw                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 30, 2025 | Form ID: ntcdsm | Total Noticed: 14 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly Shanie Shaw, 645 State Line Battles Rd., State Line, MS 39362-8420 |
| 5400643 | + | CSpire Wireless, PO Box 159, Meadville, MS 39653-0159 |
| 5400642 | + | Central Financial Services Inc, Ceentral Financial Services, Inc., PO Box 539, Waynesboro, MS 39367-0539 |
| 5400646 | + | Joseph Davis, 1551 Dyess Ridge Rd, Waynesboro, MS 39367-8922 |
| 5400647 | + | Kia Motors Finance, Attn: Bankruptcy, Po Box 20825, Fountain Valley, CA 92728-0825 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5400641 | + | Email/Text: bankruptcynotices@aarons.com | May 30 2025 19:33:00 | Aarons, 907 Mississippi Dr, Waynesboro, MS 39367-2439 |
| 5400644 | + | EDI: BLUESTEM | May 30 2025 23:29:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5400645 | + | Email/Text: bankruptcy@curo.com | May 30 2025 19:33:00 | First Heritage, 903 Robinson St, Waynesboro, MS 39367-2455 |
| 5419980 | ^ | MEBN | May 30 2025 19:28:34 | Hyundai Capital America DBA Kia Finance America, P.O. Box 20825, Fountain Valley, CA 92728-0825 |
| 5400648 | + | Email/Text: bankruptcy@marineone.com | May 30 2025 19:32:00 | Marine1 Acceptance, 5000 Quorum Dr, Ste 200, Dallas, TX 75254-7405 |
| 5400649 | + | Email/Text: angiec@mysfsinc.com | May 30 2025 19:33:00 | Southern Financial Sys, 2603 Oak Groves Rd, Ste B, Hattiesburg, MS 39402-8928 |
| 5400650 | + | Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | May 30 2025 19:33:00 | Vanderbilt Mortgage, Attn: Bankruptcy, Po Box 9800, Maryville, TN 37802-9800 |
| 5410220 | + | Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | May 30 2025 19:33:00 | Vanderbilt Mortgage and Finance, Inc., PO Box 9800, Maryville, TN 37802-9800 |
| 5400651 | | Email/Text: twilliams@waynegeneralhospital.org | May 30 2025 19:32:00 | Wayne General Hospital, 950 Matthew Drive, Waynesboro, MS 39367 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Vanderbilt Mortgage and Finance, Inc., PO Box 9800, Maryville, TN 37802-9800 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

District/off: 0538-6                    User: mssbad                         Page 2 of 2
Date Rcvd: May 30, 2025                 Form ID: ntcdsm                      Total Noticed: 14

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2025                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Kimberly Shanie Shaw trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form ntcdsm (Rev. 12/23)

# UNITED STATES BANKRUPTCY COURT
### Southern District of Mississippi

Case No.:  24−51081−KMS
Chapter:  13

In re:

    Kimberly Shanie Shaw
    aka Kimberly S Shaw, fka Kimberly S
    Davis
    645 State Line Battles Rd.
    State Line, MS 39362

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
    xxx−xx−2027

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on May 30, 2025.

Dated: 5/30/25

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790