**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: Kimberly Shanie Shaw                     Case No. 24-51081-KMS
, Debtor                                         CHAPTER 13

### FINAL ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $2,760.00 | $28.22 | $2,788.22 | 27 | 09/24/2024 |
| $1,681.50 | $38.56 | $1,720.06 | 44 | 02/04/2025 |
| $124.00 | $37.38 | $161.38 | n/a | n/a |
| $4,565.50 | $104.16 | $4,669.66 | | |



# INVOICE

Invoice # 6837
Date: 08/22/2024
Due On: 09/21/2024

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Kimberly Shanie Shaw
645 State line Battles Rd.
State Line, MS 39362

## 05452-Shaw Kimberly Shanie

## CH 13 hourly - Kimberly

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Service | BM | 06/20/2024 | Reviewed drivers license and social security card to collected information to pull credit report. | 0.10 | $100.00 | $10.00 |
| Service | BM | 06/20/2024 | Draft email to client to review credit report and provide us with a any debts not included in the report: Reviewed credit report and selected debts to import/exclude; drafted e-mail to debtors attaching credit report for review. | 0.10 | $100.00 | $10.00 |
| Service | VM | 06/21/2024 | Review and organize documents provided by debtor: Reviewed and organized documents sent to me by debtor. Phone conference with debtor to inform her we are still missing the general information packet | 0.50 | $100.00 | $50.00 |
| Service | JAC | 06/25/2024 | Review memo re: docs rec'd, but no GIP rec'd yet. Sent HD task to VM to continue follow up until GIP is rec'd, then to send HD to BM for initial review | 0.10 | $360.00 | $36.00 |
| Service | VM | 06/26/2024 | Call Debtor: Phone conference with debtor to inquire about general information packet. | 0.10 | $100.00 | $10.00 |
| Service | KAR | 06/26/2024 | Review and organize documents provided by debtor: Reviewed and organized GIP and added emergency contacts provided by debtor via mail | 0.10 | $100.00 | $10.00 |
| Service | BM | 06/27/2024 | Reviewed documents provided by debtor: Information packet, tax returns, drivers | 0.30 | $100.00 | $30.00 |

Page 1 of 7

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | license, social security card, bank statements. Provided list of documents we still need to legal assistant. | | | |
| Service | VM | 07/01/2024 | Call Debtor: Phone conference with debtor regarding her Harvesting Documents task, updated with information that was given to me, drafted an email after to inform her on what else we needed. | 0.30 | $100.00 | $30.00 |
| Service | VM | 07/04/2024 | Review and organize documents provided by debtor: Reviewed documents debtor sent me, updated missing documents. Drafted an email to ask debtor for other missing documents. | 0.20 | $100.00 | $20.00 |
| Service | VM | 07/06/2024 | Review email from debtor: Reviewed debtors email, updated what I could regarding her harvesting documents task. | 0.10 | $100.00 | $10.00 |
| Service | BM | 07/08/2024 | Reviewed file to determine if we have all documents needed for attorney review, information on recreational vehicle with Marine One still needed. Sent memo to legal assistant | 0.30 | $100.00 | $30.00 |
| Service | VM | 07/09/2024 | Call Debtor: Reviewed harvesting documents task, had a phone conference with debtor to update what was needed. | 0.10 | $100.00 | $10.00 |
| Service | BM | 07/10/2024 | Review of all documents (information packet, pay stubs, tax returns, bank statements, drivers license, and social security card) to ensure we have all documents for attorney to prepare case. Sent file to attorney. | 0.20 | $100.00 | $20.00 |
| Service | JAC | 07/10/2024 | Review HD task that all docs are present & case is ready for input. Review matter for emergency contacts. Assign task lists for preparation of case | 0.20 | $360.00 | $72.00 |
| Service | BM | 07/12/2024 | Prepare the petition, schedules, forms to file with the court. Download, review, & import CCC to best case. File everything with Court.: Input Case - prepare petition, research social security number on PACER, review and select debts to import from credit report, add debts in information packet not on credit report | 0.20 | $100.00 | $20.00 |
| Service | VM | 07/15/2024 | Contact Debtor (Text/Email): Drafted email to debtor sending them the matrix to confirm their creditors. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 07/16/2024 | Input Case - research social security number on PACER, research Lexis Public | 0.60 | $360.00 | $216.00 |

Invoice # 6837 - 08/22/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Records, prepare schedules, SOFA. Calculate income for MT, I. Calculate plan payment | | | |
| Service | VM | 07/17/2024 | Review email from debtor: Updated debtor matrix and updated her contact number | 0.10 | $100.00 | $10.00 |
| Service | VM | 07/17/2024 | Call Debtor: Phone conference with debtor regarding information needed by attorney, I also sent a text message as a reminder of needed documents | 0.10 | $100.00 | $10.00 |
| Service | VM | 07/18/2024 | Review email from debtor: Reviewed email from debtor containing documents needed by JAC, updated documents and task. | 0.30 | $100.00 | $30.00 |
| Service | JAC | 07/19/2024 | Review legal assistant task to determine status on missing information for case preparation | 0.10 | $360.00 | $36.00 |
| Service | VM | 07/19/2024 | Review email from debtor: Reviewed email from debtor, responded and informed her she needs to send us more documents. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 07/19/2024 | Input case - add income from daughter to I & MT. Calcualte plan pmt if ∆ surrenders car. Draft info & send task to TR to contact ∆ & go over feasibility issues | 0.20 | $360.00 | $72.00 |
| Service | TR | 07/22/2024 | Review file - call ∆ to discuss feasibility and divorce | 0.30 | $360.00 | $108.00 |
| Service | VM | 07/22/2024 | Review email from debtor: Reviewed email from debtor containing documents needed, reviewed, combined with other documents and uploaded into client documents. | 0.20 | $100.00 | $20.00 |
| Service | JAC | 07/23/2024 | Review divorce papers submitted by debtor. Draft & send email to TR re: car issues based on divorce papers | 0.20 | $360.00 | $72.00 |
| Service | JAC | 07/24/2024 | review email memo from TR re: moving forward | 0.10 | $360.00 | $36.00 |
| Service | VM | 07/25/2024 | Call Debtor: Called debtor to inform her JAC had some questions regarding her daughter's pay, updated task. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 07/25/2024 | Review clio memo re: missing info rec'd | 0.10 | $360.00 | $36.00 |
| Service | JAC | 07/25/2024 | review & respond to email from BM | 0.10 | $360.00 | $36.00 |
| Service | JAC | 07/26/2024 | Calculate income for debtor's daughter, update I with daughter net income. Prepare J | 0.20 | $360.00 | $72.00 |
| Service | BM | 07/26/2024 | Drafted and emailed Ch 13 Fee Agreement (this fee agreement is to supersede the | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | prior generic bankruptcy fee agreement previously signed by the client) | | | |
| Service | JAC | 07/29/2024 | Review clio memo re: signing appointment scheduled | 0.10 | $360.00 | $36.00 |
| Service | JAC | 07/29/2024 | Prepare Signing Docs | 0.30 | $360.00 | $108.00 |
| Service | JAC | 07/29/2024 | draft declaration for motion to extend stay | 0.20 | $360.00 | $72.00 |
| Service | TR | 07/30/2024 | Conference w/ client to review and revise petition, schedules, statements and plan | 0.60 | $360.00 | $216.00 |
| Service | JAC | 07/30/2024 | Make all updates from signing appointment, prepare final bankruptcy for ∆ to review & sign | 0.30 | $360.00 | $108.00 |
| Service | JAC | 07/30/2024 | Prepare the petition, schedules, forms to file with the court. Download, review, & import CCC to best case. File everything with Court. | 0.40 | $360.00 | $144.00 |
| Service | KR | 07/30/2024 | Contact Debtor (Text/Email): Drafted text to debtor informing them that their case has been filed and provided their chapter 13 case number | 0.10 | $155.00 | $15.50 |
| Service | KR | 07/31/2024 | Draft Notice, Motion & Order: Reviewed signed Declaration from debtor; drafted 21 day Notice, Motion to Extend and the Proposed Order; drafted email memo to TR re:review Motion to Extend | 0.30 | $155.00 | $46.50 |
| Service | KR | 07/31/2024 | Reviewed debtor's plan to determine if plan payments are by wage order or direct pay. Assigned instructions to legal assistant to explain direct payment responsibility to client.: Reviewed debtor's plan to determine if plan payments are by wage order or direct pay. Assigned instructions to legal assistant to explain direct payment responsibility to client. | 0.10 | $155.00 | $15.50 |
| Service | TR | 07/31/2024 | Review and approve Motion to Extend drafted by KR | 0.10 | $360.00 | $36.00 |
| Service | KR | 07/31/2024 | Review email from Attorney: Reviewed email memo from TR re: Motion to Extend Stay; prepared the Motion to Extend Stay and the signed Declaration for upload to Certificate of Service | 0.20 | $155.00 | $31.00 |
| Expense | BB | 07/31/2024 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $11.78 | $11.78 |
| Service | KR | 07/31/2024 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Motion to Extend Automatic | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Stay; the signed Declaration and the Propose Order for upload to the court | | | |
| Service | BB | 07/31/2024 | Contact Debtor (Text/Email): Reviewed plan to determine plan payment; drafted email to debtor informing them of their plan payment and information on what to do/expect after filing.<br>Drafted email to debtor informing them of their case number and sending them a yellow page. | 0.30 | $100.00 | $30.00 |
| Service | JAC | 08/01/2024 | Review: 24-51081-KMS Meeting of Creditors Chapter 13 Document# 11 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 08/01/2024 | Prepare notice of filing plan, review plan to determine creditors in 3.2/3.4, research registered agents for notice | 0.30 | $360.00 | $108.00 |
| Service | JAC | 08/01/2024 | Review: 24-51081-KMS Hearing Set - Bankruptcy Document# 10 | 0.10 | $360.00 | $36.00 |
| Service | KR | 08/01/2024 | Reviewed Notice of Filing and Plan; combined Notice and Plan to one pdf and converted to format in preparation for upload to CertificateofService.com. | 0.20 | $155.00 | $31.00 |
| Expense | BB | 08/01/2024 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $16.44 | $16.44 |
| Service | KR | 08/01/2024 | Reviewed Declaration of Mailing Notice of Plan received from CertificateofService.com and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | BB | 08/01/2024 | Contact Debtor (Text/Email): Drafted text message to debtor informing them of the date and time of their meeting of creditors. Inquired as to a date and time for us to conduct a test meeting. | 0.10 | $100.00 | $10.00 |
| Service | KR | 08/02/2024 | Reviewed the Joint Complaint provided by the debtor for information on the attorney and county; drafted email memo to the attorney re: Motion for Relief for Divorce | 0.20 | $155.00 | $31.00 |
| Service | JAC | 08/02/2024 | review & respond to email from KR re: divorce | 0.10 | $360.00 | $36.00 |
| Service | KR | 08/02/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting the address for the non filing spouse for the Motion for Relief for the Divorce | 0.10 | $155.00 | $15.50 |
| Service | TR | 08/02/2024 | Review and approve Motion to Lift drafted by KR | 0.10 | $360.00 | $36.00 |
| Service | JC | 08/02/2024 | Received a Warranty Deed from Kimberly | 0.20 | $155.00 | $31.00 |

Invoice # 6837 - 08/22/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | and Joseph Davis; reviewed Clio and could not locate either name; reviewed Clio for the Grantor - could not locate; drafted e-mail to debtor inquiring what bankruptcy it belonged to; drafted task memo to whole office to find out if anyone was waiting for it; reviewed memo from VM providing debtor's name; drafted memo to VM attaching Warranty Deed. | | | |
| Service | VM | 08/02/2024 | Reviewed warranty deed debtor sent to Hattiesburg office. Uploaded in client doca | 0.10 | $100.00 | $10.00 |
| Service | KR | 08/02/2024 | Review email from debtor: Reviewed email from debtor with the address for the non filing spouse for the Motion for Relief | 0.10 | $155.00 | $15.50 |
| Service | BB | 08/02/2024 | Contact Debtor (Text/Email): Reviewed and drafted several texts with debtor determining she would like to attend her meeting of creditors by zoom and scheduled a practice zoom. | 0.30 | $100.00 | $30.00 |
| Service | BB | 08/05/2024 | Contact Debtor (Text/Email): Drafted text to debtor informing her of her first plan payment due date. | 0.10 | $100.00 | $10.00 |
| Service | VM | 08/07/2024 | Call Debtor: Phone conference with debtor regarding needed information/documents. Drafted text message as well | 0.10 | $100.00 | $10.00 |
| Service | KR | 08/09/2024 | Review and organize documents provided by debtor: Reviewed schedules I/J for sources of income and financial accounts; organized and prepared the 2 years taxes, bank statements, pay advices and identification for upload to the Trustee's website for the Meeting of Creditors | 0.20 | $155.00 | $31.00 |
| Service | KR | 08/09/2024 | CPA - Prepare and file certificate of compliance re: payment advices sent to Trustee: Drafted and prepared the Certificate of Compliance - Payment Advices Filed with Trustee for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | JAC | 08/15/2024 | Review: Proof of Claim 24-51081-KMS Central Financial Services Inc Document # 1 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 08/21/2024 | Review: 24-51081-KMS Minute Entry (CHAP) Document# 16 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 08/21/2024 | Review: 24-51081-KMS Order on Motion to Extend Automatic Stay Document# 17 | 0.10 | $360.00 | $36.00 |
| Service | TR | 08/22/2024 | Review and revise itemizations | 0.20 | $360.00 | $72.00 |

Invoice # 6837 - 08/22/2024

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | Jennifer Curry Calvillo | Attorney | 4.2 | $360.00 | $1,512.00 |
| | Thomas Rollins | Attorney | 1.3 | $360.00 | $468.00 |
| | Brooke Brueland | Non-Attorney | 0.8 | $100.00 | $80.00 |
| | Jacki Curry | Non-Attorney | 0.2 | $155.00 | $31.00 |
| | Vanessa Martinez | Non-Attorney | 2.5 | $100.00 | $250.00 |
| | Breanne McDaniel | Non-Attorney | 1.3 | $100.00 | $130.00 |
| | Kirsten Raimey | Non-Attorney | 0.1 | $100.00 | $10.00 |
| | Kerri Rodabough | Non-Attorney | 1.8 | $155.00 | $279.00 |
| | | | | **Total** | **$2,788.22** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6837 | 09/21/2024 | $2,788.22 | $0.00 | $2,788.22 |
| | | | **Outstanding Balance** | **$2,788.22** |
| | | | **Total Amount Outstanding** | **$2,788.22** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.

Page 7 of 7



# INVOICE

Invoice # 7422
Date: 01/08/2025
Due On: 02/07/2025

## The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Kimberly Shanie Shaw

### 05452-Shaw Kimberly Shanie

**Services**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Service | KR | 08/22/2024 | Draft Fee Application and Proposed Order: Drafted and reviewed the invoice for attorney and expense fees; drafted 1st Application for Compensation, the Proposed Order and the invoice; drafted email memo to TR re: review Application for Compensation | 0.30 | $155.00 | $46.50 |
| Service | TR | 08/22/2024 | Review and approve fee application drafted by KR | 0.10 | $360.00 | $36.00 |
| Service | KR | 08/22/2024 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Application for Compensation, invoice, proposed order and the 21 day Notice with the Declaration of Mailing attached for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | KR | 08/23/2024 | Drafted email memo to TR re: Motion for Relief Certificate of Service | 0.10 | $155.00 | $15.50 |
| Service | JAC | 08/26/2024 | Review: Proof of Claim 24-51081-KMS Vanderbilt Mortgage and Finance, Inc. Document # 2 | 0.20 | $360.00 | $72.00 |
| Service | KR | 08/27/2024 | Review email from debtor: Reviewed email from debtor with the 2nd credit counseling course; merged certificate with existing client documents; reviewed court docket for B423 form; nothing filed | 0.10 | $155.00 | $15.50 |
| Service | KR | 08/27/2024 | Contact Debtor (Text/Email): Reviewed court docket for the B423 form since the | 0.10 | $155.00 | $15.50 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | debtor emailed a copy of the 2nd credit counseling course; drafted email to debtor informing her that the form has been filed. |  |  |  |
| Service | KR | 08/28/2024 | Drafted email to the attorney for the Trustee to review the Order on the Motion to Lift the Automatic Stay with Limitation and sign | 0.10 | $155.00 | $15.50 |
| Service | BB | 08/29/2024 | Contact Debtor (Text/Email): Conducted practice zoom meeting with debtor in preparation for their meeting of creditors. Answered questions debtor had. | 0.30 | $100.00 | $30.00 |
| Service | TR | 09/05/2024 | Attend Ch 13 Meeting of Creditors | 0.30 | $360.00 | $108.00 |
| Service | KR | 09/05/2024 | Incoming Call: Telephone conference with debtor about the property settlement from the divorce | 0.10 | $155.00 | $15.50 |
| Service | TR | 09/06/2024 | Review and respond to clio memo re: clients divorce lawyer | 0.10 | $360.00 | $36.00 |
| Service | KR | 09/06/2024 | Reviewed divorce documents for the contact information for the attorney the debtor's husband is using for the attorney | 0.10 | $155.00 | $15.50 |
| Service | TR | 09/09/2024 | Call divorce attorney and left message (to discuss how bankruptcy effects divorce case) | 0.10 | $360.00 | $36.00 |
| Service | BB | 09/11/2024 | Contact Debtor (Text/Email): Reviewed email from debtor stating she will be sending in her payment this week as she has had money troubles. | 0.10 | $100.00 | $10.00 |
| Service | TR | 09/12/2024 | Called and left message for divorce attorney | 0.10 | $360.00 | $36.00 |
| Service | TR | 09/12/2024 | Drafted email to divorce attorney re: process to approve property settlement agreement | 0.10 | $360.00 | $36.00 |
| Service | TR | 09/16/2024 | Review property settlement agreement (divorce) | 0.20 | $360.00 | $72.00 |
| Service | TR | 09/16/2024 | Draft motion to approve property settlement agreement | 0.40 | $360.00 | $144.00 |
| Service | TR | 09/17/2024 | Draft email to TT re: approval of Motion and Order approving a property settlement agreement | 0.20 | $360.00 | $72.00 |
| Service | KR | 09/19/2024 | Incoming Call: Telephone conference with debtor about her delinquency and how she plans to catch up by the | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | beginning of October | | | |
| Service | KR | 09/19/2024 | Reviewed Trustee's website for case administrator; drafted email to the case administrator at the Trustee's office informing them of the intentions of the debtor to settle the delinquency | 0.10 | $155.00 | $15.50 |
| Service | KR | 09/20/2024 | Contact Debtor (Text/Email): Reviewed email from Trustee stating that they have made a note of her scheduled payments in her file; drafted email to debtor informing her of this | 0.10 | $155.00 | $15.50 |
| Service | JAC | 09/20/2024 | Review: Proof of Claim 24-51081-KMS Hyundai Capital America DBA Kia Finance America Document # 3 | 0.20 | $360.00 | $72.00 |
| Service | TR | 09/20/2024 | Review and sign proposed confirmation order via email | 0.10 | $360.00 | $36.00 |
| Service | TR | 09/20/2024 | Review: 24-51081-KMS Minute Entry (CHAP) Document# 25 | 0.10 | $360.00 | $36.00 |
| Service | TR | 09/25/2024 | Review: 24-51081-KMS Order on Generic Motion Document# 28 | 0.10 | $360.00 | $36.00 |
| Service | TR | 09/25/2024 | Draft email to divorce lawyer re: approval of property settlement agreement | 0.10 | $360.00 | $36.00 |
| Service | JAC | 10/09/2024 | Review claims register and compare to the Plan to determine if additional claims are needed | 0.20 | $360.00 | $72.00 |
| Service | BB | 10/09/2024 | Contact Debtor (Text/Email): Reviewed NDC website and confirmed there is still no payment reflecting. Drafted text to debtor inquiring if she was able to process a payment and informed her there is no payment reflecting. Informed the debtor this is very important. | 0.10 | $100.00 | $10.00 |
| Service | BB | 10/10/2024 | Contact Debtor (Text/Email): Reviewed text from debtor stating she sent in a plan payment yesterday. | 0.10 | $100.00 | $10.00 |
| Service | TR | 10/18/2024 | Review: 24-51081-KMS Notice of Mortgage Payment Change Document# 33 | 0.10 | $360.00 | $36.00 |
| Service | BB | 10/23/2024 | Contact Debtor (Text/Email): Reviewed text from debtor stating she mailed another payment to the Trustee. | 0.10 | $100.00 | $10.00 |
| Service | KR | 10/24/2024 | Review email from debtor: Reviewed email from debtor with her final divorce decree; merged with existing divorce documents; telephone conference with | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | debtor about the income when she filed to verify if a supplemental I/J needs to filed | | | |
| Service | BB | 10/30/2024 | Reviewed NDC website and confirmed the debtor has sent in her payment. | 0.10 | $100.00 | $10.00 |
| Service | TR | 12/06/2024 | Review: 24-51081-KMS Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Document# 34 | 0.10 | $360.00 | $36.00 |
| Service | KR | 12/17/2024 | Reviewed the Trustee's website for plan payments received since a Motion to Dismiss is filed and the debtor is supposed to be sending in extra towards the delinquency so we can file a response | 0.10 | $155.00 | $15.50 |
| Service | KR | 12/19/2024 | Reviewed Motion to Dismiss; drafted response per the Motion to Dismiss filed by the Trustee | 0.20 | $155.00 | $31.00 |
| Service | KR | 12/19/2024 | Draft Notice, Motion & Order: Reviewed Confirmed Plan to verify if mortgage was included; drafted Motion to Allow Payment Arrearages, Notice and the Proposed Order | 0.20 | $155.00 | $31.00 |
| Service | KR | 12/19/2024 | Drafted email memo to TR re: review Response per the Motion to Dismiss and the Motion to Allow Payment Arrearages | 0.10 | $155.00 | $15.50 |
| Service | KR | 12/23/2024 | Prepared the Response per the Motion to Dismiss for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | KR | 12/23/2024 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Motion to Allow Payment Arrearages, the 30 day Notice with the Declaration attached and the Proposed Order for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | VM | 01/02/2025 | Incoming Call: Debtor ex-husband called to return call left, inquired about letter mailed to his parents household, requested he send letter to me due to confusion on who sent letter. | 0.10 | $100.00 | $10.00 |
| Service | TR | 01/03/2025 | Review and revise itemizations | 0.20 | $360.00 | $72.00 |
| Service | KR | 01/08/2025 | Reviewed court docket for the previous orders on the Application for Compensation and the invoices; reviewed Trustee's website to verify the amount paid towards the claim filed | 0.20 | $155.00 | $31.00 |
| Service | KR | 01/08/2025 | Reviewed all activities for all time entries; started the drafting of the | 0.70 | $155.00 | $108.50 |

|  |  |  | Lodestar, Application for Compensation, the Exhibit B, the affidavit with the calculations of the hours on case from the previous orders, invoices and the time entries to summarize the work performed on the case, |  |  |  |
|---|---|---|---|---|---|---|
| **Non-billable services** | | | | | | |
| Service | KR | 08/22/2024 | Review email from Attorney: Reviewed email memo from TR re: Application for Compensation; prepared the Application, the Notice and the invoice for upload to Certificate of Service | 0.10 | $155.00 | $15.50 |
| Service | VM | 08/27/2024 | Forward email debtor sent me to KR. Email was regarding 2nd credit counseling course | 0.10 | $100.00 | $10.00 |
| Service | KR | 08/27/2024 | Review email from Attorney: Reviewed email memo from TR re: Motion to Lift Stay; prepared the Motion to Lift Stay for upload to Certificate of Service | 0.10 | $155.00 | $15.50 |
| Service | KR | 08/28/2024 | Drafted memo to JAC re:Event for Motion to Lift the Automatic Stay with Limitation ; reviewed memo from JAC re: Event for Motion to Lift the Automatic Stay with Limitation | 0.10 | $155.00 | $15.50 |
| Service | TR | 08/28/2024 | Review: 24-51081-KMS Personal Financial Management Course (Certificate) Document# 20 | 0.10 | $360.00 | $36.00 |
| Service | KR | 08/28/2024 | Reviewed the signed Order from the Trustee's office; prepared the Motion for Relief with the Declaration of Mailing attached and the Agreed Order for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | BM | 09/04/2024 | 341 reminder: Text message to debtor with reminder of 341 tomorrow with call-in instructions: Drafted text message to debtor reminding them of the date and time of their meeting of creditors | 0.10 | $155.00 | $15.50 |
| Service | SA | 09/05/2024 | Incoming Call: Debtor called for kr; transferred call. | 0.10 | $100.00 | $10.00 |
| Service | TR | 09/09/2024 | Review: 24-51081-KMS Agreed Order on Motion For Relief From Stay Document# 22 | 0.10 | $360.00 | $36.00 |
| Service | VM | 09/11/2024 | Review email from debtor: Reviewed email from debtor regarding trustee payment, forward to BB to clarify | 0.10 | $100.00 | $10.00 |
| Service | TR | 09/23/2024 | Review: 24-51081-KMS Order | 0.10 | $360.00 | $36.00 |

Page 5 of 7

Invoice # 7422 - 01/08/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Confirming Chapter 13 Plan Document# 26 | | | |
| Service | TR | 09/25/2024 | Review: 24-51081-KMS Order on Application for Compensation Document# 27 | 0.10 | $360.00 | $36.00 |
| Service | VM | 12/09/2024 | Administrative - non-billable work: Drafted Motion to Dismiss Letter | 0.20 | $100.00 | $20.00 |
| Service | VM | 12/09/2024 | Administrative - non-billable work: Scanned and mailed Motion to Dismiss | 0.10 | $100.00 | $10.00 |
| Service | KR | 12/23/2024 | Review email from Attorney: Received email memo from TR re: Motion to Allow Payment Arrearages; prepared the Motion and the Notice for upload to Certificate of Service | 0.20 | $155.00 | $31.00 |
| Service | BB | 01/02/2025 | Reviewed voicemail from debtor with a question needing a call back. Forwarded voicemail to VM. | 0.10 | $100.00 | $10.00 |
| | | | | **Services Subtotal** | | **$1,681.50** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 08/22/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $20.52 | $20.52 |
| Expense | 08/28/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $4.88 | $4.88 |
| Expense | 12/23/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $13.16 | $13.16 |
| | | | **Expenses Subtotal** | | **$38.56** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | Jennifer Curry Calvillo | Attorney | 0.6 | $360.00 | $216.00 |
| | Thomas Rollins | Attorney | 2.4 | $360.00 | $864.00 |
| | Brooke Brueland | Non-Attorney | 0.8 | $100.00 | $80.00 |
| | Vanessa Martinez | Non-Attorney | 0.1 | $100.00 | $10.00 |
| | Kerri Rodabough | Non-Attorney | 3.3 | $155.00 | $511.50 |
| | | | | **Subtotal** | **$1,720.06** |
| | | | | **Total** | **$1,720.06** |

Invoice # 7422 - 01/08/2025

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6837 | 09/21/2024 | $2,788.22 | $0.00 | $2,788.22 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7422 | 02/07/2025 | $1,720.06 | $0.00 | $1,720.06 |
| | | | **Outstanding Balance** | **$4,508.28** |
| | | | **Total Amount Outstanding** | **$4,508.28** |



# INVOICE

Invoice # 8023
Date: 06/24/2025
Due On: 07/24/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Kimberly Shanie Shaw

## 05452-Shaw Kimberly Shanie

**Services**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | KR | 01/08/2025 | Draft Fee Application and Proposed Order: Drafted and reviewed invoice for the 2nd Application for Compensation; completed the drafting the lodestar and exhibit B using the calculations from the 2nd invoice; completed the drafting of the Application for Compensation using the calculations from the 2nd invoice. | 0.50 | $0.00 | $0.00 |
| Service | KR | 01/08/2025 | Drafted email to VM with the affidavit to notarize | 0.10 | $0.00 | $0.00 |
| Service | KR | 01/08/2025 | Drafted email memo to TR with the Application for Compensation, the exhibits A, B, C, the lodestar, the Notice and the Proposed Order to review | 0.10 | $0.00 | $0.00 |
| Service | TR | 01/08/2025 | Review and approve fee app drafted by KR | 0.10 | $0.00 | $0.00 |
| Service | KR | 01/09/2025 | Received email memo from VM with the Affidavit for the Application for Compensation; merged affidavit with the Application; | 0.10 | $0.00 | $0.00 |
| Service | KR | 01/10/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Application for Compensation, the Notice with the Declaration of Mailing attached, the Exhibit A, B, C, and the Proposed | 0.20 | $0.00 | $0.00 |

Page 1 of 3

Invoice # 8023 - 06/24/2025

|  |  |  | Order for upload to the court |  |  |  |
|---|---|---|---|---|---|---|
| Service | TR | 01/15/2025 | Review and sign proposed AO on MTD | 0.10 | $0.00 | $0.00 |
| Service | TR | 01/16/2025 | Review: 24-51081-KMS Order on Trustee's Motion to Dismiss Debtor(s) for Non-Payment Document# 40 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 01/29/2025 | Review: 24-51081-KMS Order on Motion to Allow Payment Arrearages Document# 42 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 02/05/2025 | Review: 24-51081-KMS Order on Application for Compensation Document# 44 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 05/30/2025 | Review: 24-51081-KMS Order Dismissing Debtor(s) Document# 46 | 0.10 | $0.00 | $0.00 |
| Service | KR | 06/03/2025 | Reviewed court docket for previous orders and invoices filed; reviewed the Trustee's website to verify attorney fees paid; drafted email to the Trustee's office inquiring if there were any additional attorney fees being paid out | 0.20 | $155.00 | $31.00 |
| Service | KR | 06/04/2025 | Reviewed email from the Trustee's office stating that they will be issuing another payment towards the attorney fees on June 12th; drafted internal message to TR re: Final Fee App | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/06/2025 | Review email from Attorney: Reviewed internal message from TR re: Final Application; updated task with information | 0.10 | $0.00 | $0.00 |
| Service | KR | 06/24/2025 | Draft Fee Application and Proposed Order: Drafted Final Application | 0.50 | $155.00 | $77.50 |
|  |  |  |  | **Services Subtotal** |  | **$124.00** |

**Expenses**

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 01/10/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $37.38 | $37.38 |
|  |  | **Expenses Subtotal** |  |  | **$37.38** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|

Invoice # 8023 - 06/24/2025

| | | | | |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 0.3 | $0.00 | $0.00 |
| Thomas Rollins | Attorney | 0.3 | $0.00 | $0.00 |
| Kerri Rodabough | Non-Attorney | 0.8 | $155.00 | $124.00 |
| Kerri Rodabough | Non-Attorney | 1.1 | $0.00 | $0.00 |
| | | | **Subtotal** | **$161.38** |
| | | | **Total** | **$161.38** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6837 | 09/21/2024 | $2,788.22 | $0.00 | $2,788.22 |
| 7422 | 02/07/2025 | $1,720.06 | $0.00 | $1,720.06 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8023 | 07/24/2025 | $161.38 | $0.00 | $161.38 |
| | | | **Outstanding Balance** | **$4,669.66** |
| | | | **Total Amount Outstanding** | **$4,669.66** |